# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142342 & (26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LONZIE WAYNE McQUIRTER,
     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
     Defendant-Appellee.

SC: 142342
COA: 300409
Branch CC: 10-007470-AH

_____/

     On order of the Court, the application for leave to appeal the November 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418